## Alfred Lee MAULDIN, Petitioner–Appellant,

v.

## UNITED STATES of America, Respondent–Appellee.

### No. 02–6725.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Alfred Lee Maudlin, Appellant Pro Se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alfred Lee Maudlin appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Maudlin v. United States*, No. CA–02–224–BO (E.D.N.C. Apr. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*